IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of April 20, 2022, Subpoena Issued by the United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol | ) | |
| GoSolar LLC, | ) ) | No. 22-cv-01256 |
| PLAINTIFF | ) ) ) | |
| v. | ) ) | |
| T-Mobile USA, Inc., | ) ) | |
| DEFENDANT. | ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 26.1 of the Civil Rules for the United States District Court for the District of Columbia, the undersigned hereby certifies that to the best of our knowledge and belief, there are no parent corporations, subsidiaries, affiliates, or companies which own at least 10% of the stock of GoSolar LLC.

Dated: May 6, 2022

Respectfully submitted,

    */s/ Stanley E. Woodward, Jr.*
Stan M. Brand (D.C. Bar No. 213082)
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Plaintiff GoSolar LLC*