AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GoSolar LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-01256 |
| T-Mobile USA, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile USA Inc.

Date: 08/03/2022

/s/ David P. Hendel
*Attorney's signature*

David P. Hendel, DC Bar No. 370705
*Printed name and bar number*

Culhane Meadows PLLC
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-5823
*Address*

dhendel@cm.law
*E-mail address*

(202) 683-2022
*Telephone number*

*FAX number*