## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOSOLAR, LLC** | \| |
| | \| |
| Plaintiff, | \| |
| | \|   **Civil Action No.:** 1:22-cv-01256-CJN |
| v. | \| |
| **T-MOBILE USA, INC.** | \| |
| | \| |
| Defendant. | \| |

## <u>CERTIFICATE RULE LCvR 26.1</u>

Pursuant to Local Rule 26.1 of the Civil Rules for the United States District Court for the District of Columbia, I, the undersigned, counsel of record for T-Mobile USA, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of T-Mobile USA, Inc. which have any outstanding securities in the hands of the public:

T-Mobile USA, Inc. is a wholly owned subsidiary of T-Mobile US, Inc.

T-Mobile US, Inc. is a publicly held corporation whose shares are traded on the Nasdaq Stock Market. More than 10% of the stock of T-Mobile US, Inc. is collectively owned by Deutsche Telekom AG, a publicly traded corporation whose shares are traded on the Frankfurt Stock Exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 3, 2022

                                Respectfully submitted,

                                /s/  David P. Hendel
                                David P. Hendel
                                D.C. Bar No. 370705
                                Culhane Meadows PLLC
                                1701 Pennsylvania Avenue, NW, Suite 200
                                Washington, DC 20006-5823
                                (202) 683-2022
                                dhendel@cm.law

                                *ATTORNEYS FOR T-MOBILE USA, INC.*

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of August 2022, the foregoing document was electronically filed with the Court's CM/ECF system, which will send notification of such filing to the following email addresses:

      Stanley Woodward – stanley@brandwoodwardlaw.com

                                */s/  David P. Hendel*
                                David P. Hendel