UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOSOLAR, LLC**  <br><br>        Plaintiff,  <br><br>v.  <br>**T-MOBILE USA, INC.**  <br><br>        Defendant. | CIVIL ACTION NO.: 1:22-CV-01256-CJN |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Defendant moves for the admission and appearance of attorney Caroline Ann Morgan *pro hac vice* in the above captioned action. This motion is supported by the Declaration of Ms. Morgan, filed herewith. As set forth in Ms. Morgan's declaration, she is admitted and an active member in good standing with the following courts and bars: the New York Bar, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit. This motion is supported and signed by David P. Hendel, an active and supporting member of the Bar of this Court.

Dated: August 16, 2022

Respectfully submitted,

/s/  David P. Hendel
David P. Hendel
D.C. Bar No. 370705
Culhane Meadows PLLC
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-5823
(202) 683-2022
dhendel@cm.law

*ATTORNEYS FOR T-MOBILE USA, INC.*

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of August 2022, the foregoing document was electronically filed with the Court's CM/ECF system, which will send notification of such filing to the following email addresses:

Stanley Woodward – stanley@brandwoodwardlaw.com

*/s/  David P. Hendel*
David P. Hendel