# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOSOLAR, LLC** | ǀ |
| | ǀ |
| | ǀ |
| Plaintiff, | ǀ |
| | ǀ **CIVIL ACTION NO.:** 1:22-CV-01256-CJN |
| **v.** | ǀ |
| **T-MOBILE USA, INC.** | ǀ |
| | ǀ |
| Defendant. | ǀ |

## DECLARATION OF CAROLINE ANN MORGAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Caroline Ann Morgan, hereby declare:

1.  My name, office address, and telephone number are as follows:

    Caroline Ann Morgan
    Culhane Meadows PLLC
    745 Fifth Ave.
    Suite 500
    New York, NY 10151
    917-635-4940

2.  I have been admitted to the following courts and bars:

    New York (admitted June 24, 2008) (Attorney Registration No. 4609012)

    U.S. Court of Appeals for the Second Circuit (admitted March 4, 2013, inactive, and March 27, 2020, active)

    U.S. District Court for the Southern District of New York (admitted February 9, 2010)

    U.S. District Court for the Eastern District of New York (admitted February 24, 2010)

    U.S. District Court for the Western District of New York (admitted September 8, 2016)

3.  I have never been disciplined by any bar or court.

4.  I have never been admitted pro hac vice in this Court.

5.  I do not have an office located within the District of Columbia.

6.  Attached as <u>Exhibit 1</u> is a true and correct copy of a certificate issued on August 11, 2022, which states that I am a member in good standing of the Bar of New York.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was signed in Marietta, Georgia on August 15, 2022.

Caroline A. Morgan, Esq.

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August 2022, the foregoing document was electronically filed with the Court's CM/ECF system, which will send notification of such filing to the following email addresses:

Stanley Woodward – stanley@brandwoodwardlaw.com

_/s/  David P. Hendel_____
David P. Hendel