AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GoSolar LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-01256 |
| T-Mobile USA, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile USA, Inc.

Date:   09/15/2022

/s/ Caroline A. Morgan
*Attorney's signature*

Caroline Morgan (admitted pro hac vice)
*Printed name and bar number*

Culhane Meadows PLLC – Litigation
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
*Address*

cmorgan@cm.law
*E-mail address*

(917) 635-4940
*Telephone number*

*FAX number*