IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOSOLAR LLC,** | ) 1:22-cv-01256-CJN |
| Plaintiff, | ) The Honorable Carl J. Nichols |
| v. | ) |
| **T-MOBILE USA, INC.,** | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff GoSolar LLC and Defendant T-Mobile USA, Inc., by and through the undersigned counsel, respectfully submit this stipulation pursuant to Rule 41(a)(1)(A)(ii), (B) of the Federal Rules of Civil Procedure.  The parties having conferred stipulate that the above-captioned matter is voluntarily dismissed without prejudice.

**[SIGNATURE ON NEXT PAGE]**

Dated: February 21, 2023                             Respectfully submitted,

                        /s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Plaintiff GoSolar LLC*

Culhane Meadows PLLC

                        /s/ Caroline A. Morgan
Caroline A. Morgan (admitted *pro hac vice*)
13101 Preston Road Ste. 110-1510
Dallas, TX 75240
917-635-4940 (telephone)
cmorgan@cm.law

David P. Hendel (D.C. Bar No. 370705)
1701 Pennsylvania Avenue NW, Ste. 200
Washington, DC 20006-5823
202-683-2022
dhendel@cm.law

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GOSOLAR LLC,** | ) | **1:22-cv-01256-CJN** |
|  | ) |  |
| Plaintiff, | ) | The Honorable Carl J. Nichols |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **T-MOBILE USA, INC.,** | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on or about February 21, 2023, a true and correct copy of the foregoing was electronically filed and served with the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

      */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Plaintiff GoSolar LLC*